1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

JIRI ZDENEK,

                                    Plaintiff,

        vs.

UTILITY DATA CONTRACTORS, INC.,

                                    Defendant.

CASE NO. 15cv1629-LAB (WVG)

**ORDER OF REMAND**

        The joint motion to remand (Docket no. 11) is **GRANTED**, and this action is **REMANDED** to the Superior Court of the State of California, County of Los Angeles, Central Division (Stanley Mosk Courthouse). All pending motions are **DENIED AS MOOT** and all pending dates are **VACATED**.

        **IT IS SO ORDERED**.

DATED:  August 5, 2015

**HONORABLE LARRY ALAN BURNS**
United States District Judge

15cv1629